UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO. 3:12-cr-00015 |
| | ) CHIEF JUDGE HAYNES |
| SCOTT THOMAS | ) |
| | ) |

GOVERNMENT'S REQUEST FOR STATUS HEARING
RE DEFENDANT'S POSITION ON TRIAL

*[Handwritten note: Granted. This matter is reset for August 19, 2013 at 2:30 pm. /s/ [illegible] 7-18-13]*

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests this Court set a hearing in the above styled case to determine the status of the case and set the case for trial if needed. Defense counsel has a week-long trial at the end of this month and has requested that the hearing not be set until August. Wherefore, the government requests that the status hearing be set for a day on or after August 5, 2013.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically to Guy R. Dotson, Jr., attorney for defendant, on this, the 16th day of July, 2013.

s/ S. Carran Daughtrey
S. Carran Daughtrey