UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NO. 3:12-cr-00015 |
| ) | CHIEF JUDGE HAYNES |
| SCOTT THOMAS ) | |

*handwritten annotation: "This motion is GRANTED." signed, 9-13-13*

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and S. Carran Daughtrey, Assistant United States Attorney, respectfully requests a short continuance of the sentencing hearing in the above styled case, which currently is set for today, September 13, 2013, at 2:30 p.m. The government attorney was unable to provide a formal plea agreement to the defense until Thursday, September 12, 2013, and the defense needs time to review that document prior to entering a plea. Wherefore, the government requests a continuance for approximately one week, subject to the Court's convenience, to allow the parties to finalize the plea agreement in this case. Defense counsel has no objection to this request.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

By: /s/ S. Carran Daughtrey
Assistant United States Attorney
Middle District of Tennessee

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Guy Dotson, counsel for defendant, on this the 13th day of September, 2013.

/s/ S. Carran Daughtrey
S. Carran Daughtrey